**ORDERED in the Southern District of Florida on March 9, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. 16-16366-BKC-RAM
Chapter 7

**JESUS VAZQUEZ,**

Debtor /

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM

This matter having been considered without hearing upon the Trustee's Objection to Claim[s] [DE #40], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Trustee's objection to the following claim is sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| Miami Dade Expressway Authority | 1 | Claim #1 is allowed as a general unsecured claim in the amount of $1,123.17 |

###

**Submitted by:**

Marcia T. Dunn, Trustee
Chapter 7 Trustee of the Estate of Jesus Vazquez
Case No. 16-16366-BKC-RAM
555 NE 15 ST #934-A
Miami, FL 33132
Telephone: 786-433-3866
Facsimile: 786-260-0269
Email: mdunn@dunnlawpa.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).